IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | Case No: 8:04CR54 |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| INGREAT NORRIS SWIFT, | ) | |
| | ) | |
| Defendant. | ) | |

**RE: Material Witness Kenneth J. Moten, Sr.**

Upon oral motion of the witness:

   **IT IS ORDERED** that Mary Gryva is appointed as attorney of record for the above-named witness in this matter and shall forthwith file an appearance in this matter.

   **IT IS FURTHER ORDERED** that the Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

   **IT IS FURTHER ORDERED** that counsel's appointment herein is made pursuant to 18 U.S.C. § 3006A(f).  At the time of the entry of judgment herein, witness shall file a current and complete financial statement to aid the court in determining whether any portion of counsel's fees and expenses should be reimbursed by witness.

   **IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and Mary Gryva.

   DATED this 1st day of November, 2005.

                                                            BY THE COURT:


                                                            s/ Joseph F. Bataillon
                                                            United States District Court Judge