IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　v.<br><br>INGREAT NORRIS SWIFT,<br><br>　　　　　Defendant. | Case No: 8:04CR54<br><br>**ORDER** |

**RE: Material Witness  Hollie Davis**

　　Upon oral motion of the witness:

　　**IT IS ORDERED** that Michael D. Nelson is appointed as attorney of record for the above-named witness in this matter and shall forthwith file an appearance in this matter.

　　**IT IS FURTHER ORDERED** that the Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

　　**IT IS FURTHER ORDERED** that counsel's appointment herein is made pursuant to 18 U.S.C. § 3006A(f).  At the time of the entry of judgment herein, the witness shall file a current and complete financial statement to aid the court in determining whether any portion of counsel's fees and expenses should be reimbursed by the witness.

　　**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and Michael D. Nelson.

　　DATED this 1st day of November, 2005.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　United States District Court Judge