IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case Number 8:04CR54 |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| INGREAT NORRIS SWIFT, | ) | |
| Defendant. | ) | |

The defendant having entered a plea of not guilty to Count I of the Indictment, and the jury having found that the defendant is not guilty,

IT IS ORDERED that judgment is hereby entered accordingly, and the defendant is discharged as to this count.

DATED this 3rd day of November, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge